IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLENE T. JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1421 |
| | : | |
| NANCY A. BERRYHILL,[1] | : | |
| *Commissioner of Social Security* | : | |

## ORDER

AND NOW, this 26th day of June, 2017, upon consideration of Plaintiff Charlene T. Johnson's Motion for Summary Judgment and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed,[2] it is ORDERED:

1. The Report and Recommendation (Document 13) is APPROVED and ADOPTED;

2. Johnson's Motion (Document 10) is GRANTED; and

3. The case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with Judge Sitarski's Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted for Carolyn W. Colvin as the Defendant in this case.

[2] The Report and Recommendation was sent to all parties of record on May 31, 2017, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service thereof. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.